**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7833**

---

JAMES R. EDGERTON,

Plaintiff - Appellant,

versus

FRANKLIN COUNTY JAIL; SHERIFF OF FRANKLIN
COUNTY; EARNEST H. SMITH, Chief Jailer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-94-327-5-H)

---

Submitted: January 18, 1996      Decided: February 8, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James R. Edgerton, Appellant Pro Se. Robert Harrison Sasser, III,
WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motion to reconsider the magistrate judge's denial of Appellant's motion to amend his complaint. Appellee has moved to dismiss this appeal. We grant the motion and dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant the Appellee's motion and dismiss the appeal as interlocutory.[*] Consequently, we also deny Appellant's petition for review of an order. We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We also note that in addition to being interlocutory, this appeal is also untimely. Fed. R. App. P. 4(a).